UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TOM BEGRES,<br>   Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, an Ohio corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia company; TRANS UNION, LLC, a Delaware limited liability company; and BARCLAYS BANK DELAWARE, a Delaware company;<br><br>   Defendants. | **Case No. 2:17-cv-11136-GAD-RSW**<br>**Hon. Gershwin A. Drain**<br>**Mag. R. Steven Whalen** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BARCLAYS BANK DELAWARE ONLY

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Tom Berges hereby dismisses Defendant Barclays Bank Delaware, only, without prejudice and without costs or fees to either party.

Dated:    May 16, 2017

/s/ Gary D. Nitzkin
Gary D. Nitzkin (P41155)
Nitzkin & Associates
22142 W. 9 Mile Road
Southfield, MI 48033
(248) 353-2882
gary@micreditlawyer.com

*Attorneys for Plaintiff*

1

# CERTIFICATE OF SERVICE

I certify that the foregoing has been served on the following via EM/CMF:

>William D. Gilbride, Jr.
>Michael D. DeFrank
>Attorneys for Barclays Bank Delaware
>
>Sidney Frank
>Tamara Fraser
>Attorneys for Experian Information Solutions, Inc.
>
>Brian A. Nettleingham
>Laura K. Rang
>Scott E. Brady
>Attorneys for Trans Union, LLC

Dated: May 16, 2017

>Nitzkin & Associates
>
>/s/ Gary D. Nitzkin
>Gary D. Nitzkin (P41155)