# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

TOM BEGRES,                              CASE NO. 2:17-cv-11136-GAD-RSW
        Plaintiff,

    vs.                              Judge Gershwin A. Drain
                                         Magistrate Judge R. Steven Whalen

EXPERIAN INFORMATION
SOLUTIONS, INC., an Ohio
corporation; EQUIFAX
INFORMATION SERVICES, LLC,
a Georgia company; TRANS UNION,
LLC, a Delaware limited liability
company; and BARCLAYS BANK
DELAWARE, a Delaware company;
        Defendants.

_____

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT TRANS UNION, LLC, ONLY

_____

Plaintiff Tom Begres, by counsel, and Defendant Trans Union, LLC, by counsel, having agreed to the entry of this Stipulation And Order Of Dismissal With Prejudice dismissing all claims of Plaintiff Tom Begres against Defendant Trans Union, LLC only, with prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Tom Begres against Defendant Trans Union, LLC only are dismissed, with prejudice. Plaintiff and Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:  August 28, 2017                     /s/Gershwin  A Drain
                                           United States District Court Judge


**I consent to the entry of this order**:


Date:  August 25, 2017          s/      Carl Schwartz (with consent)
                                Gary D. Nitzkin, Esq.
                                Carl Schwartz, Esq.
                                Michigan Consumer Credit Lawyers
                                22142 West Nine Mile Road
                                Southfield, MI  48033
                                Telephone:  248-353-2882
                                Fax:  248-213-6397
                                E-Mail:  gary@micreditlawyer.com
                                         carl@micreditlawyer.com

                                *Counsel for Plaintiff Tom Begres*


Date:  August 25, 2017          s/      Scott E. Brady
                                Laura K. Rang, Esq. (IN #26238-49-A)
                                Scott E. Brady, Esq. (IN #30534-49)
                                Schuckit & Associates, P.C.
                                4545 Northwestern Drive
                                Zionsville, IN  46077
                                Telephone:  317-363-2400
                                Fax:  317-363-2257
                                E-Mail:  lrang@schuckitlaw.com
                                E-Mail:  sbrady@schuckitlaw.com

                                *Counsel for Trans Union, LLC*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

TOM BEGRES,                                    CASE NO. 2:17-cv-11136-GAD-RSW
              Plaintiff,

     vs.                                       Judge Gershwin A. Drain
                                               Magistrate Judge R. Steven Whalen

EXPERIAN INFORMATION
SOLUTIONS, INC., an Ohio
corporation; EQUIFAX
INFORMATION SERVICES, LLC,
a Georgia company; TRANS UNION,
LLC, a Delaware limited liability
company; and BARCLAYS BANK
DELAWARE, a Delaware company;
              Defendants.
_____

## CERTIFICATE OF SERVICE
_____

     I, Scott E. Brady, hereby certify that on the **25th day of August, 2017**, I electronically submitted the foregoing using the ECF system and a copy of the same was sent via e-mail to the following counsel of record:

| | |
|---|---|
| Gary D. Nitzkin, Esq.<br>gary@micreditlawyer.com | Carl Schwartz, Esq.<br>carl@micreditlawyer.com |
| Sidney L. Frank, Esq.<br>slfrank@wwrplaw.com | Tamara E. Fraser, Esq.<br>tefraser@wwrplaw.com |
| Jonathan Louis Kirkland, Esq.<br>jlkirkland@abbottnicholson.com | William D. Gilbride, Jr., Esq.<br>wdgilbride@abbottnicholon.com |
| Jordan S. Bolton, Esq.<br>jbolton@clarkhill.com | |

     I further certify that on the **25th day of August, 2017**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| None. | |
|---|---|

*s/      Scott E. Brady*
Laura K. Rang, Esq. (IN #26238-49-A)
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lrang@schuckitlaw.com
E-Mail:  sbrady@schuckitlaw.com

*Counsel for Trans Union, LLC*