UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM BEGRES,

    Plaintiff,                        Case No:17-11136
                                    Hon. Gershwin A. Drain

-vs.-

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.

    Defendants.
_____

**STIPULATION TO DISMISS CASE
AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.
WITH PREJUDICE AND WITHOUT FEES OR COSTS**

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Experian Information Solutions, Inc., only, with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| /s/ Gary D. Nitzkin | /s/ Tamara E. Fraser w/ consent |
| Gary D. Nitzkin (P41155) | Tamara E. Fraser (P51997) |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 380 N. Old Woodward Avenue, Suite 300 |
| Southfield, Michigan 48034 | Birmingham, MI 48009 |
| (248) 353-2882 | (248) 642-0333 |
| gnitzkin@creditor-law.com | tefraser@wwrplaw.com |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM BEGRES,

    Plaintiff,

-vs.-

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.

    Defendants.

Case No:17-11136
Hon. Gershwin A. Drain

_____

**ORDER OF DISMISSAL
AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.
WITH PREJUDICE AND WITHOUT FEES OR COSTS**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed as to Defendant Experian Information Solutions, Inc. with prejudice and without fees or costs to either party.

Date: October 12, 2017_           /s/Gershwin A Drain
                                                   Judge of United States District Court