UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM BEGRES,

     Plaintiff,                        Case No:17-11136
                                         Hon. Gershwin A. Drain

-vs.-

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.

     Defendants.
_____

## STIPULATION TO DISMISS CASE
## AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

parties, as evidenced by the signatures of their respective counsel below, stipulate

to the dismissal of Plaintiff's claims against Equifax Information Services, LLC

only, with prejudice and without attorney's fees or costs to either party.


/s/ Gary D. Nitzkin              /s/ Jordan S. Bolton w/ consent
Gary D. Nitzkin (P41155)        Jordan S. Bolton
Attorney for Plaintiff              Attorney for Defendant
22142 West Nine Mile Road        500 Woodward Ave. Ste. 3500
Southfield, Michigan  48034       Detroit, MI 48226-3435
(248) 353-2882                      (313) 965-8300
gnitzkin@creditor-law.com        JBolton@clarkhill.com

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM BEGRES,

     Plaintiff,                         Case No: 17-11136
                                        Hon. Gershwin A. Drain

-vs.-

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.

     Defendants.
_____

## ORDER OF DISMISSAL
## AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed as to Defendant Equifax Information Services, LLC with prejudice and without fees or costs to either party. The dismissal of Defendant Equifax Information Services, LLC, the only remaining defendant, hereby dismisses this case in its entirety.

Date: December 7, 2017            /s/Gershwin A Drain
                                       United States District Court Judge